BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SHARON ELAINE DE LONEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security[1],<br><br>    Defendant. | CIVIL NO. 2:10-cv-02687-DAD<br><br>STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel, that the previously filed Petition for Attorney Fees is hereby withdrawn (Docket No. 24).

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND, SIX-HUNDRED THIRTY DOLLARS AND ZERO CENTS ($6,630.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Ann M. Cerney, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:  June 20, 2013         By:   */s/ Shellie Lott for Ann M. Cerney*\*
                                    (As authorized by email on 6/20/13)
                                    ANN M. CERNEY*
                                    Attorney for Plaintiff

                                    BENJAMIN B. WAGNER
                                    United States Attorney
                                    DONNA L. CALVERT
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

Dated:  June 20, 2013         By:   */s/ Lynn M. Harada*
                                    LYNN M. HARADA
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED** that Plaintiff shall be awarded attorney fees in the amount of SIX THOUSAND, SIX-HUNDRED THIRTY DOLLARS AND ZERO CENTS ($6,630.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: June 21, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\deloney2687.stipord.attyfees.eaja