1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
        160 Spear Street, Suite 800
5       San Francisco, California  94105
        Telephone:  (415) 977-8977
6       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
7  Attorneys for Defendant

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                        SACRAMENTO DIVISION

11  SHARON ELAINE DE LONEY,          )   CIVIL NO. 2:10-cv-02687-DAD
                                     )
12       Plaintiff,                  )
                                     )
13       v.                          )   STIPULATION AND ORDER APPROVING
                                     )   SETTLEMENT OF ATTORNEY FEES
14  CAROLYN W. COLVIN,               )   PURSUANT TO THE EQUAL ACCESS TO
    Acting Commissioner of           )   JUSTICE ACT
15  Social Security[1],              )
                                     )
16       Defendant.                  )
                                     )
17  _____)

18       IT IS HEREBY STIPULATED, by and between the parties, through their undersigned

19  counsel, that the previously filed Petition for Attorney Fees is hereby withdrawn (Docket No. 24).

20       IT IS HEREBY STIPULATED, by and between the parties, through their undersigned

21  counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access

22  to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND, SIX-HUNDRED

23  THIRTY DOLLARS AND ZERO CENTS ($6,630.00).  This amount represents compensation for all

24  legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in

25  accordance with 28 U.S.C. § 2412(d).

26  _____

27       [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
    Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for
28  Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason
    of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

                                     1

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Ann M. Cerney, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:  June 20, 2013          By:     /s/ Shellie Lott for Ann M. Cerney*
                                        (As authorized by email on 6/20/13)
                                        ANN M. CERNEY*
                                        Attorney for Plaintiff

                                        BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

Dated:  June 20, 2013          By: /s/ Lynn M. Harada
                                        LYNN M. HARADA
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

**ORDER**

       Pursuant to the parties' stipulation, **IT IS SO ORDERED** that Plaintiff shall be awarded attorney fees in the amount of SIX THOUSAND, SIX-HUNDRED THIRTY DOLLARS AND ZERO CENTS ($6,630.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: June 21, 2013.

_____

DALE A. DROZD

UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\deloney2687.stipord.attyfees.eaja